396 A.2d 820

Commonwealth v. Carroll, Appellant.

Argued October 23, 1978.   Michael R. Cauley, Assistant Public Defender, for appellant; Robert H. Chase, District Attorney, submitted a brief for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

396 A.2d 820

Commonwealth v. Cross, Appellant.

Argued October 23, 1978.   Carl Max Janavitz, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

OPINION PER CURIAM: Judgment of sentence vacated and case remanded for resentencing.   See, *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977), and *Commonwealth v. Martin*, 466 Pa. 118, 351 A.2d 650 (1976); petition for reargument denied December 29, 1978.